UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
August 22, 2025
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OLEG GREGORVICH FURSOV<br><br>Defendant. | Case No. 2:25-cr-0191 DJC<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Oleg Gregorvich Fursov Case No. 2:25-cr-0191 DJC  Charges 18 U.S.C. §1343 from custody for the following reasons:

    x    Release on Personal Recognizance

         Bail Posted in the Sum of $ _____

         Unsecured Appearance Bond $ _____

         Appearance Bond with 10% Deposit

         Appearance Bond with Surety

         Corporate Surety Bail Bond

         (Other): __

Issued at Sacramento, California on August 22, 2025 at 2:15 PM

By:   /s/ Carolyn K. Delaney

Chief Magistrate Judge Carolyn K. Delaney