ERIC GRANT
United States Attorney
JESSICA DELANEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-0191 DJC |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| OLEG GREGORVICH FURSOV, | DATE: October 23, 2025 |
| Defendant. | TIME: 9:00 a.m. COURT: Hon. Daniel J. Calabretta. |

**STIPULATION**

1.      By previous order, this matter was set for status on October 23, 2025.

2.      By this stipulation, defendant now moves to continue the status conference until December 11, 2025, at 9:00 a.m., and to exclude time between October 23, 2025, and December 11, 2025, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has produced more than 10,000 pages of discovery consisting of financial documentation, audio recordings, and investigative reports. Included the discovery is a complex tracing table. All of this discovery has been produced directly to defense counsel. In order to produce relevant PII, much of the discovery was produced pursuant to a protective order.

        b)      Counsel for defendant Oleg Fursov desires additional time to review discovery,

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1    research the charge and potential defenses, conduct independent investigation, and consult with

2    his client.

3         c)    Counsel for the defendant believes that failure to grant the above-requested

4    continuance would deny him the reasonable time necessary for effective preparation, taking into

5    account the exercise of due diligence.

6         d)    The government does not object to the continuance.

7         e)    Based on the above-stated findings, the ends of justice served by continuing the

8    case as requested outweigh the interest of the public and the defendant in a trial within the

9    original date prescribed by the Speedy Trial Act.

10        f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

11   et seq., within which trial must commence, the time period of October 23, 2025 to December 11,

12   2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

13   T4] because it results from a continuance granted by the Court at defendant's request on the basis

14   of the Court's finding that the ends of justice served by taking such action outweigh the best

15   interest of the public and the defendant in a speedy trial.

16   4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

17   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

18   must commence.

19        IT IS SO STIPULATED.

20

21   Dated:  October 20, 2025                          ERIC GRANT
                                                       United States Attorney

22

23                                                     /s/ JESSICA DELANEY
                                                       JESSICA DELANEY
                                                       Assistant United States Attorney

24

25

26   Dated:  October 20, 2025                          /s/ MARK REICHEL
                                                       MARK REICHEL
                                                       Counsel for Defendant

27                                                     Oleg Gregorvich Fursov

28

STIPULATION REGARDING EXCLUDABLE TIME                    2
PERIODS UNDER SPEEDY TRIAL ACT

1

2

3

**ORDER**

4

IT IS SO FOUND AND ORDERED this 20th day of October, 2025.

5

6

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3