UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>OLEG GREGORVICH FURSOV,<br>Defendant. | No. 2:25-cr-00191-DJC-1<br><br>TRIAL CONFIRMATION ORDER |

On August 6, 2026, the Court conducted a trial confirmation hearing. Jessica Delaney appeared on behalf of the Government and Mark Reichel appeared on behalf of Defendant Oleg Gregorvich Fursov. Based on the results of that trial confirmation hearing, the Court now issues this trial confirmation order.

This matter is set for trial on October 5, 2026. In preparation for this trial date, the Court hereby ORDERS:

## I. Motions in Limine

The parties have not yet filed motions in limine. The Court does not encourage the filing of motions in limine unless they are addressed to issues that can realistically be resolved by the Court prior to trial and without reference to the other evidence which will be introduced by the parties at trial. Any motions in limine counsel elect to file shall be filed on or before September 16, 2026. Each party's motions in limine

should be filed in a single document with each motion beginning on a new page within that document. Opposition shall be filed on or before September 21, 2026. Each party's oppositions to motions in limine should be filed in a single document with each opposition beginning on a new page within that document. Where necessary for sealing purposes, a motion in limine or opposition to a motion in limine may be filed separately from the rest of the motions/oppositions. Parties should be prepared to present argument on these motions at the final status conference.

**II. Witnesses**

The Government shall, and Defendant may, file witness lists no later than September 16, 2026. Each party may call a witness designated by the others, though each party is responsible for securing the attendance of any witnesses they wish to call at trial.

**III. Exhibits**

While the Court is cognizant of the Government's burden and the Defendant's right to not present evidence at trial, identification of potential exhibits will streamline the trial for the parties and the jury. Accordingly, counsel and/or parties shall file their respective exhibit lists no later than September 16, 2026.

No exhibit shall be marked with or entered into evidence under multiple exhibit numbers. All exhibits must be pre-marked as discussed below.

At trial, joint exhibits shall be identified as JX and listed numerically, e.g., JX-1, JX-2. The Government's exhibits shall be listed numerically, and Defendant's exhibits shall be listed alphabetically. The parties must prepare three (3) separate exhibit binders for use by the Court at trial, with a side tab identifying each exhibit in accordance with the specifications above. Each binder shall have an identification label on the front and spine. **The final exhibit binders are due to the Court on the first day of trial.**

**IV. Stipulations**

The Court is unaware of any stipulations.

**V. Trial Briefs**

Trial Briefs from both parties shall be filed on September 16, 2026.

**VI. Joint Statement of the Case**

Parties shall file a stipulated joint statement of the case by September 16, 2026.

**VII. Proposed Jury *Voir Dire***

By September 16, 2026, parties shall file proposed questions to be asked by the Court during jury selection. Parties are advised to limit the number of proposed *voir dire* and to only propose questions they feel are essential.

Each party will be limited to 20 minutes of jury *voir dire*.

**VIII. Proposed Jury Instructions**

The Court directs the parties to meet and confer in an attempt to generate a joint set of jury instructions.

On or before September 16, 2026, parties shall submit Joint Proposed Jury Instructions to the Court. If parties are unable to agree on an instruction, parties shall include any such instruction and/or under a separate heading in Joint Proposed Jury Instructions and identify which party proposed the jury instructions or verdict and the source of and authority for the proposed jury instruction. Any objections to a proposed jury instruction shall be included in the Joint Proposed Jury Instructions. Any objection should identify the party objecting, provide a concise statement of the reasons for the objection, and include any relevant citation to authority. When applicable, the objecting party shall submit an alternative proposed instruction on the issue or identify which of his or her own proposed instructions covers the subject. All proposed jury instructions, whether agreed or disputed, shall be contained in a single document as described above. All blanks in form instructions should be completed and all brackets removed.

**IX. Proposed Verdict Form**

The Government shall file a proposed verdict form no later than September 16, 2026. Any opposition to the proposed verdict form shall be filed by the Defendant by

September 21, 2026.

**X. Filing Documents**

All documents mentioned above, including but not limited to Proposed Jury Instructions, Witness Lists, Exhibit Lists, Joint Statement of the Case, Proposed Verdict Form, and Motions in Limine, shall be filed on the docket in this action **and** also emailed as a Word document to djcorders@caed.uscourts.gov.

**XI. Final Status Conference**

The Court will conduct a Final Status Conference on September 24, 2026 at 9:00 a.m. in Courtroom 7 before the Honorable Daniel J. Calabretta. At that time, the Court will hear argument on motions in limine and any outstanding matters to be resolved before trial.

**XII. Trial Date/Estimated Time of Trial**

Jury Trial is set for October 5, 2026, at 8:30 a.m. in Courtroom 7 before the Honorable Daniel J. Calabretta. Trial is anticipated to last 4 court days. The parties are directed to Judge Calabretta's standard procedures available on his webpage on the court's website.

The parties are to contact Gabriel Michel, Courtroom Deputy for Judge Calabretta, via email (gmichel@caed.uscourts.gov), one week prior to trial to ascertain the status of the trial date.

**XIII. Use of Court Audio Visual Equipment**

If counsel intends to make use of any of the Court's audio visual equipment at trial and they have not received training on the usage of that equipment within the last year, that party is required to schedule a training on the usage of that equipment before trial. Contact Richard Arendt (rarendt@caed.uscourts.gov) in the IT Department to make arrangements for training.

**XIV. Objections to Pretrial Order**

Each party is granted 7 days from the date of this order to file objections to this order. If no objections are filed, the order will become final without further order of

this Court.

IT IS SO ORDERED.

Dated: **August 6, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE